JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-08192-RGK | Date | November 6, 2020 |
|---|---|---|---|
| Title | In Re Debtor Altadena Lincoln Crossing, LLC, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER | |
|---|---|---|
| Joseph Remigio | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Appellant: | | Attorneys Present for Appellee: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

Pursuant to the parties Stipulaton for Dismissal of Appeal, this appeal is hereby dismissed. The Clerk shall close this action.

cc:  bapca09filings@ca9.uscourts.gov
     cacborders@cacb.uscourts.gov

Initials of Preparer   jre